IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                           )
                                                 )
LARRY & BARBARA THOMPSON         )         Case No:  08-24333
                                                 )         Chapter 7
                                                 )

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO:  THE HONORABLE J. PHILIP KLINGEBERGER:

Comes now Kenneth A. Manning, Trustee and applies to the Court as follows:

1. I am Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

   Claim 2 – Chhabra Medical Corp., 6375 US Highway 6, Portage, IN 46368 -       $1.72

3. Pursuant to FRBP 3010, the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided for in U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 10118 in amount of $1.72 payable to the Clerk, U.S. Bankruptcy Court.

Dated:  April 20, 2008

                                             /s/ Kenneth A. Manning
                                             Kenneth A. Manning, Trustee
                                             200 Monticello Drive
                                             Dyer, Indiana 46311
                                             (219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 20th day of April, 2010, a true and complete copy of the above document was served by:

Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov

And by regular first class mail upon:
Chhabra Medical Corporation, 6375 US Highway 6, Portage, IN 46368

                                             /s/KENNETH A. MANNING, TRUSTEE
                                             KENNETH A. MANNING, TRUSTEE