IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                )
                                      )
**LARRY & BARBARA THOMPSON**          )         Case No:  08-24333
                                      )         Chapter 7
                                      )

## NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above-mentioned case.

2. On the 7th day of April, 2010, Trustee issued check number 10104 in the amount of $5.46 to The Community Hospital.  Said check has not been executed and more than 90 days has elapsed making the check void.

3. The last known address of the person/entity entitled to said check is:  The Community Hospital, P.O. Box 3602, Munster, IN 46321.

4. Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

Dated:  August 5, 2010

/s/ Kenneth A. Manning
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376